IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02431-LTB-BNB

NABEEL FAIZI,

Plaintiff,

v.

EXPO DESIGN CENTER, a division of Home Depot, and
HOME DEPOT USA,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following motions:

(1)  Plaintiff's **Motion for Extension of Discovery Cut-Off** (the "Motion to Extend Discovery"), filed October 31, 2005;

(2)  **Defendant's Motion to Strike Plaintiff's Expert Designation and to Exclude Expert Testimony** (the "Defendants' Motion to Strike Experts"), filed November 8, 2005; and

(3)  **Plaintiff's Motion to Strike Defendants' Designation of Expert Witnesses** (the "Plaintiff's Motion to Strike Experts"), filed November 10, 2005.

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Extend Discovery is GRANTED IN PART. The case schedule is modified as follows:

With respect to plaintiff's expert Lynette St. Jean, the plaintiff shall provide defendants' counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 12, 2005**

With respect to defendants' experts in rebuttal to Lynette St. Jean, the defendants shall designate all experts and provide plaintiff's counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 9, 2006**

**Fact Discovery Cut-Off:** The discovery cut-off for fact discovery is extended to and including **December 31, 2005**, solely to allow the completion of the depositions of Susan Purcell, Larry Foerster, Dr. Barnes, and Dr. McLean.

**Expert Discovery Cut-Off:** Expert discovery is extended to and including **January 31, 2006**, to allow the depositions of expert witnesses.

**Dispositive Motions Deadline:**     **December 31, 2005**

**Final Pretrial Conference:** The final pretrial conference set for January 24, 2006, at 9:00 a.m., is VACATED and RESET to **February 22, 2006, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A proposed final pretrial order shall be prepared by the parties and submitted to the court no later than **February 15, 2006**.

The Motion to Extend Discovery is DENIED in all other respects.

IT IS FURTHER ORDERED that the Defendants' Motion to Strike Experts is DENIED.

IT IS FURTHER ORDERED that the Plaintiff's Motion to Strike Experts is DENIED.

Dated November 30, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge

2