**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-2431-LTB-PAC

NABEEL FAIZI,

        Plaintiff,

v.

EXPO DESIGN CENTER, A Division of Home Depot,
HOME DEPOT USA,

        Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Plaintiff's Motion for Leave to File a Brief in Excess of Its Limit (Doc 51 - filed December 30, 2005) is **GRANTED**.

Dated: January 5, 2006
_____