**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-02431-LTB-PAC

NABEEL FAIZI,

    Plaintiff,

v.

EXPO DESIGN CENTER, a Division of Home Depot,
HOME DEPOT USA,

    Defendants.

_____

**ORDER**
_____

    Upon Plaintiff's Motion to Dismiss (Doc 58 - filed January 24, 2006), it is

    ORDERED that Plaintiff's Third Claim for Relief (Retaliation) and Fourth Claim for Relief (Violation of ADEA) are DISMISSED WITH PREJUDICE.

                                               BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Chief Judge

DATED: January 26, 2006