IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02431-LTB-BNB

NABEEL FAIZI,

Plaintiff,

v.

EXPO DESIGN CENTER, a division of Home Depot, and
HOME DEPOT USA,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of the Order [Doc. # 73, filed 2/23/06] entered by the district judge granting the defendants' motion for summary judgment:

IT IS ORDERED that the settlement conference set for March 7, 2006, at 3:00 p.m., is VACATED.

DATED: February 23, 2006